UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 7, 2012

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 13-MJ-620 |
| | : | GRAND JURY ORIGINAL |
| HERMAN CURTIS MALONE, | : | |
| also known as "Curtis Herman," | : | VIOLATION:  21 U.S.C. § 846 |
| also known as "Herman Malone," | : | (Conspiracy to Distribute and Possess |
| also known as "White Boy," | : | with Intent to Distribute One Hundred |
| also known as "Daddy," | : | Grams or More of Heroin and Five |
| also known as "Curt," | : | Hundred Grams or More of Cocaine) |
| MICAH JERRY BIDGELL, | : | |
| also known as "Mike BJ," | : | FORFEITURE:  21 U.S.C. § 853(a), (p) |
| also known as "Michael BJ," and | : | |
| STEPHEN WILLIAMS, | : | |
| | : | |
| Defendants. | : | |

**I N D I C T M E N T**

The Grand Jury charges that:

<u>COUNT ONE</u>

From at least on or about August 2010, up to and including on or about August 9, 2013, within the District of Columbia and elsewhere, defendants **HERMAN CURTIS MALONE**, also known as "Curtis Herman," also known as "Herman Malone," also known as "White Boy," also known as "Daddy," and also known as "Curt," **MICAH JERRY BIDGELL**, also known as "Mike BJ," and also known as "Michael BJ," and **STEPHEN WILLIAMS**, did knowingly and willfully combine, conspire, confederate and agree together, and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance and the said mixture or substance was one

hundred grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i); and a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance and the said mixture or substance was five hundred grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

>(**Conspiracy to Distribute and Possess with Intent to Distribute One Hundred Grams or More of Heroin and Five Hundred Grams or More of Cocaine**, in violation of Title 21, United States Code, Section 846)

## FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Count One, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense.  The United States will also seek a forfeiture money judgment equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense.

2.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

> a.  cannot be located upon the exercise of due diligence;
>
> b.  has been transferred or sold to, or deposited with, a third party;
>
> c.  has been placed beyond the jurisdiction of the Court;
>
> d.  has been substantially diminished in value; or
>
> e.  has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

    (**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.