UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 13-cr-231 (EGS) |
| : | |
| HERMAN CURTIS MALONE (1), : | |
| : | |
| Defendant. : | |

### UNITED STATES' RESPONSE TO DEFENDANT'S
### MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to Defendant Herman Curtis Malone's Motion for Early Termination of Supervised Release. ECF No. 245. In the absence of a formal submission to the Court regarding the United States Probation Office's (the "USPO") position on the Defendant's Motion, the Government has conferred with Supervisory U.S. Probation Officer Sondrá A. Rhodes regarding the Defendant's request.

Unlike the Defendant's prior motions for early termination of supervised release, the USPO now supports the Defendant's request for early termination of supervised release. The Government concurs with the USPO's position.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Accordingly, the Government respectfully requests the Court enter an order that would terminate the Defendant's supervised release on or about December 4, 2024, which would reflect the completion of the mandatory minimum term of supervision required to be imposed by 21 U.S.C. § 841(b)(1)(B).

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By: /s/ *Matthew W. Kinskey*
          MATTHEW W. KINSKEY
          Assistant United States Attorney
          D.C. Bar Number 1031975
          601 D Street NW
          Washington, D.C. 20530
          matthew.kinskey@usdoj.gov